IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA MACARONI COMPANY | : | CIVIL ACTION |
| | : | NO. 09-2460 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ITALPASTA LIMITED, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **20th** day of **April 2010**, following a hearing, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (doc. no. 3) is **DENIED**;

It is hereby further **ORDERED** that Defendant shall file an answer by **April 30, 2010.**

**AND IT IS SO ORDERED.**

                                            S/Eduardo C. Robreno
                                            **EDUARDO C. ROBRENO, J.**